Case 3:09-cr-00305-HLA-TEM   Document 43   Filed 11/03/11   Page 1 of 2 PageID 144



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
11-3-11
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO:   3:09-cr-304-J-25TEM
           3:09-cr-305-J-25TEM

LARRY M. PROVENCAL
ALLEN S. PROVENCAL
_____/

### DEFENDANTS' AMENDED EXHIBIT LIST – SENTENCING

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 1 | 11/3/11 | 11/3/11 | L. Provencal | Medical – Linda Provencal |
| 2 | 11/3/11 | In camera | | Cooperation Outline |
| 3 | 11/3/11 | 11/3/11 | | Composite – Letters / Emails – to USAO and FBI re cooperation |
| 4 | | | M. Stone | Mildred Russell – Motion for Substantial Assistance |
| 5 | | | M. Stone | Mildred Russell – Judgment in a Criminal Case |
| 6 | 11/3/11 | 11/3/11 | | Monalisa Davis – Information |
| 7 | 11/3/11 | 11/3/11 | | Monalisa Davis – Letters to USAO and Federal Public Defender's Office |
| 8 | 11/3/11 | 11/3/11 | | Joseph Grant – Indictment |
| 9 | 11/3/11 | 11/3/11 | | Joseph Grant – Judgment in a Criminal Case |
| 10A | 11/3/11 | 11/3/11 | | Information |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 10B | 11/3/11 | 11/3/11 | | Factual Basis – extract |
| 11 | 11/3/11 | 11/3/11 | Charles Brehm | FMV Charts and exhibits – 2 properties |
| 12 | 11/3/11 | 11/3/11 | Charles Brehm | FMV Charts and exhibits – 9 properties |
| 13 | 11/3/11 | 11/3/11 | | Mitch Stone Transcript |
| 14 | 11/3/11 (only) | | | Wells Fargo – Wikipedia |
| 15 | 11/3/11 (only) | | | CBS News Article – Wells Fargo Bailout |
| 16 | 11/3/11 | 11/3/11 | Ashley Corwell | Tampa PSI excerpt – re mortgage fraud loss analysis |
| | | | | |

35303